**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jospeh G. Berry                                CHAPTER 13
        Anne M. Berry

               Debtor(s)                     BKY. NO. 25-10627 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                                         Respectfully submitted,

                                                         /s/ *Denise Carlon*
                                                         Denise Carlon
                                                         26 Feb 2025, 12:48:20, EST

                                               KML Law Group, P.C.
                                               701 Market Street, Suite 5000
                                               Philadelphia, PA 19106-1532
                                               (215) 627-1322