Date                Case                         Anne Berry

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:      **Joseph Berry**            Chapter 13
            **Anne Berry**
            Debtor                      Bankruptcy No. **25-10627 AMC**

PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. SECTIONS 1325(a)(6), 1325(a)(8) AND (a)(9)

I, Joseph and Anne Berry, upon my oath according to law, hereby certify *as* follows in connection with the confirmation hearing scheduled for _____, in the above-referenced case:

1. The above-named debtor(s) will be able to make all payments under the plan and to comply with the plan.

2. The above-named debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of debtor(s), counsel certifies that debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

DATED: 3/17/2025          Debtor: *Joseph Berry* (ID 9V8epQJCKBnXjtuAazfMFJ3x)
                                  Joseph Berry

DATED: 3/17/2025          Debtor: *Anne Berry* (ID HfTrvR3RFD2R2xn89rEjRo2r)
                                  Anne Berry