**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:        Joseph G Berry                          :          Chapter 13
              Anne M. Berry                           :
                                                      :          **Bankruptcy Case Number**
                                                      :          **25-10627 AMC**


## CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that on June 13, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.


**Date: 6/13/25**                              \s\ **Michael Schwartz**
                                               **MICHAEL SCHWARTZ, ESQUIRE**
                                               **Attorney for Debtor**
                                               707 Lakeside Park
                                               Southampton, PA 18966
                                               215-396-7900
                                               msbankruptcy@gmail.com

MAILING LIST EXHIBIT

Creditors:

**Synchrony Bank**
**Email:  POC_AIS@aisinfo.com**

**PNC Bank**
**Email:  bankruptcy.claims@pnc.com**

**Portfolio Recovery Associates**
**Email:  bankruptcy_info@prareceivables.com**

**Discover Bank**
**Email:  mrdiscpc@discover.com**

**Citibank**
**Email: recovery.bankruptcy@citi.com**

**Quantum3 Group**
**Email: claims@quantum3group.com**

**Hyundai Lease and Title**
**Email: Cheryl.Dickerson@hcs.com**

**Bank of America**
**Email: card_bankruptcy_POC@bofa.com**

**Citizens Bank**
**Email: bankruptcy.ri@citizensbank.com**

**Upstart Network Inc**
**Email: documentfiling@g2risksolutions.com**

**US Dept of Education**
**Email: NelnetEDclaims-USDS@nelnetservicing.net**

**Trumark Financial CU**
**Email: cbrennan@klehr.com**

**US Trustee, Kenneth West** via CM/ECF system