United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10627-amc |
| Joseph G. Berry | Chapter 13 |
| Anne M. Berry | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 03, 2025 | Form ID: 155 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph G. Berry, Anne M. Berry, 1494 Greenleaf Drive N., Warrington, PA 18976-1375 |
| 14982595 | + | PNC Bank, National Association, c/o Denise Carlon, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14982602 | + | TruMark Financial Credit Union, c/o Corinne S. Brennan, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14983144 | + | TruMark Financial Credit Union, c/o Corinne Samler Brennan, Esq., Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia PA 19103-2945 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14979230 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 04 2025 00:16:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14988283 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 04 2025 00:16:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14980542 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 04 2025 00:16:00 | Citizens Bank N.A., 1 Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 14979231 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 04 2025 00:32:00 | Cbna, Attn: Centralized BankruptcyDept, Po Box 790034, St Louis, MO 63179-0034 |
| 14979232 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 04 2025 00:32:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14995491 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 04 2025 00:31:56 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14979233 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 04 2025 00:33:42 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14979234 | ^ | MEBN | Sep 04 2025 00:12:57 | Citizens Bank, 6 Corporate Drive, Shelton, CT 06484-6270 |
| 14979235 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 04 2025 00:16:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15000136 | | Email/Text: mrdiscen@discover.com | Sep 04 2025 00:16:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14979236 | + | Email/Text: mrdiscen@discover.com | Sep 04 2025 00:16:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14979237 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Sep 04 2025 00:16:00 | Fm/citizens, 121 South 13th Street, Lincoln, NE 68508 |
| 14979238 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | | |

Case 25-10627-amc   Doc 37   Filed 09/05/25   Entered 09/06/25 00:41:32   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 03, 2025 | Form ID: 155 | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 04 2025 00:16:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14979239 | + | Email/Text: accountresearch@goodleap.com | Sep 04 2025 00:16:00 | GoodLeap Llc., Attn: Bankruptcy, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 14993653 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 04 2025 00:16:00 | Hyundai Lease Titling Trust, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 14979240 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 04 2025 00:16:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 14979241 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 04 2025 00:20:10 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15030931 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2025 00:21:02 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15002005 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 04 2025 00:16:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14979242 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 04 2025 00:16:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 14982340 | ^ | MEBN | Sep 04 2025 00:12:56 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15000545 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 04 2025 00:32:58 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14993737 | | Email/Text: bnc-quantum@quantum3group.com | Sep 04 2025 00:16:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15002489 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 04 2025 00:32:38 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14979243 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 04 2025 00:33:38 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14979244 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 04 2025 00:20:40 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14979245 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 04 2025 00:21:02 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14979246 | + | Email/Text: dbogucki@trumark.org | Sep 04 2025 00:16:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14984957 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 04 2025 00:16:00 | U.S. Department of Education c/o Nelnet, 121 S 13th Street, Lincoln, NE 68508-1904 |
| 14985582 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 04 2025 00:16:00 | US Department of Education Attn c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1904 |
| 14985873 | ^ | MEBN | Sep 04 2025 00:12:56 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14979247 | + | Email/Text: LCI@upstart.com | Sep 04 2025 00:16:00 | Upstart Operations Dept/Ardent, PO Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15030942 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15030971 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 03, 2025 | Form ID: 155 | Total Noticed: 36 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com scmcginly@klehr.com;nyackle@klehr.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHAEL SETH SCHWARTZ | on behalf of Joint Debtor Anne M. Berry msbankruptcy@gmail.com MSchwartz@jubileebk.net |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Joseph G. Berry msbankruptcy@gmail.com MSchwartz@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Joseph G. Berry | ) | Case No. 25−10627−amc |
| | ) | |
| | ) | |
|   Anne M. Berry | ) | Chapter: 13 |
| | ) | |
|   Debtor(s). | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 2, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court